# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131683

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL LYONS,
          Plaintiff-Appellee,

v

WAL-MART STORES, INC.,
          Defendant-Appellant.

SC: 131683
COA: 269276
WCAC: 05-000106

_____/

      On order of the Court, the application for leave to appeal the June 9, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023